ORIGINAL

James J. Pisanelli, Esq., Bar No. 4027
Andrea K. Bryant, Esq., Bar No. 8005
SCHRECK BRIGNONE
300 South Fourth Street, Suite 1200
Las Vegas, Nevada 89101

Matthew K. Ryan, Esq.
David A. Zwally, Esq.
James E. Bauersmith, Esq.
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, New York 10151
Tel: (212) 588-0800
Fax: (212) 588-0500

Attorneys for Atlantic City Coin &
Slot Service Co., Inc. & TC Millwork, Inc

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VSR LOCK, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ATLANTIC CITY COIN & SLOT SERVICE COMPANY, INC., a New Jersey corporation; and TC MILLWORK, INC., a Pennsylvania corporation,<br><br>Defendants. | CASE NO.: CV-S-05-0764-JCM-LRL<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |

This matter having come before the Court on Defendants', Atlantic City Coin & Slot Service Company, Inc. and TC Millwork, Inc. ("Defendants"), Motion to Dismiss Or, in the Alternative, to Transfer Under 28 U.S.C. § 1404(a). Appearing on behalf of Defendants was David A. Zwally, Esq., of the law firm of Frommer Lawrence & Haug LLP. Appearing on behalf of Plaintiff, VSR Lock, Inc., was Ken Caldwell, Esq. of the law firm of Watson Rounds.

The Court having heard oral arguments of counsel and having considered the papers filed on behalf of the parties;

15

1  The Court having found that the Defendants filed an action involving the same parties and the same issues in the District of New Jersey 25 days before this Complaint was filed; and

The Court having found that the Defendants' filing in the District of New Jersey was not in bad faith,

IT IS, HEREBY ORDERED AND ADJUDGED that Defendants' Motion to Dismiss this action in favor of the pending New Jersey action is GRANTED. The Court finds that good cause exists to dismiss Plaintiff's claim in its entirety.

_____
UNITED STATES DISTRICT JUDGE

DATED: Oct 3, 2005

CASE NO.:   CV-S-05-0764-JCM-LRL

2